UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Alejandro Israel VILLA-Anquiano,**<br><br>Defendant | Magistrate Docket No.<br><br>**'08 MJ 1406**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 4, 2008** within the Southern District of California, defendant, **Alejandro Israel VILLA-Anquiano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF MAY 2008

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
Alejandro Israel VILLA-Anquiano

## PROBABLE CAUSE STATEMENT

On May 03, 2008, Border Patrol Agent S. Blea was assigned to uniformed line watch duties in the Chula Vista Border Patrol area of responsibility. At approximately 11:15 P.M. Agent Blea was notified by Border Patrol Dispatch that the National City Police Department was holding a single individual for evaluation at their station. The National City Police Station is located at 1200 National City Blvd., National City, California 91950.

Agent Blea responded to the National City Police Department and made contact with Officer M. Segal of National City Police Department. Officer Segal informed Agent Blea that he was holding an individual as the result of a traffic stop. Agent Blea identified himself as a U.S. Border Patrol Agent and questioned the detained individual as to his citizenship.

The individual, later identified as the defendant **Alejandro Israel VILLA-Anquiano**, produced a resident alien card but stated that he had been previously deported from the United States and that he was in the country illegally. Agent Blea conducted full records checks through Border Patrol Dispatch. Records checks revealed that the defendant had prior immigration and criminal history. At approximately 12:05 A.M. on May 4, 2008, Agent Blea placed the defendant under arrest and transported him to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 27, 1999** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States.