1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Alejandro Israel Villa-Anquiano

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE LOUISA S. PORTER)**

11 UNITED STATES OF AMERICA,            )    Case No. 08MJ1406
                                        )
12             Plaintiff,               )
                                        )
13 v.                                   )    **CERTIFICATE OF SERVICE**
                                        )
14 ALEJANDRO ISRAEL VILLA-ANQUIANO,     )
                                        )
15             Defendant.               )
_____    )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                          Respectfully submitted,

22

23 DATED:    May 8, 2008         /s/ Gregory T. Murphy
                                 **GREGORY T. MURPHY**
24                               Federal Defenders of San Diego, Inc.
                                 Attorneys for Alejandro Israel Villa-Anquiano
25

26

27

28